No. 345. CLARK v. ALABAMA. On petition for writ of certiorari to the Supreme Court of Alabama; and

· No. 392. ·PENNSYLVANIA EX REL. MONTGOMERY *v.*
ASHE, WARDEN. On petition for writ of certiorari to the
Superior Court of Pennsylvania, Pittsburgh District.
October 28, 1940. The motions for leave to proceed fur-
ther *in forma pauperis* are denied for the reason that the
Court, upon examination of the papers herein submitted,
finds that the applications for writs of certiorari were
not filed within the time provided by law. Section 8 (a),
Act of February 13, 1925 (43 Stat. 936, 940). The peti-
tions for writs of certiorari are therefore also denied.
*Mr. George W. Chamlee* for petitioner in No. 345. *Lee
Montgomery, pro se. Messrs. Thomas S. Lawson,* Attor-
ney General of Alabama, and *William H. Loeb,* Assist-
ant Attorney General, for respondent in No. 345. Re-
ported below: No. 345, 239 Ala. 380; 195 So. 260.